AO 93C (08 18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>23-mj-78-01-AJ | Date and time warrant executed:<br>4/20/2023   7:10 AM | Copy of warrant and inventory left with:<br>LEFT AT 126 A HALL ST, CONCORD NH |

Inventory made in the presence of:
TFO MATT FLYNN    TFO MATT NICIU

Inventory of the property taken and name(s) of any person(s) seized:

1. iPHONE (BLACK)
2. iPHONE (BLUE)
3. 9mm WALTHER MAGAZINE
4. 9mm RED ARMY ROUNDS (5)
5. CLEAR CRYSTAL LIKE SUBSTANCE
6. WHITE ROCK-LIKE SUBSTANCE
7. TAN POWDER-LIKE SUBSTANCE (STICKS)
8. TAN POWDER-LIKE SUBSTANCE (POWDER)
9. PINK POWDER-LIKE SUBSTANCE (POWDER)
10. BARETTA SN: 15214

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/20/2023

Executing officer's signature

MATTHEW FLYNN (TFO)
Printed name and title