UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>126 Hall Street Unit A in Concord, New Hampshire | Case No. 23-mj-78-01<br><br>**Filed Under Seal** |

## MOTION TO EXTEND THE SEAL AT LEVEL II: ENTIRE MATTER
## RELATED TO APPLICATION FOR SEARCH WARRANT

The United States of America respectfully moves to extend the seal at Level II the entire matter, including the application, affidavit, warrant, this motion, and the corresponding docket text entries, for a period of 90 days expiring on October 15, 2023, except that the government may disclose these materials to comply with its discovery obligations.

The disclosure of these materials before or after the search could jeopardize the ongoing investigation, leading to the potential for destruction of evidence and flight from prosecution.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: July 17, 2023    By: /s/ Heather A. Cherniske
Heather A. Cherniske
Assistant United States Attorney
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552

Motion:    ☐ Granted    ☐ Denied

_____
Andrea K. Johnstone
United States Magistrate Judge